# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Dominic Bjerke, et.al.,

           Plaintiffs,

v.

Cincinnati Insurance Company,

           Defendant.

**COURT MINUTES**
BEFORE: Elizabeth Cowan Wright
U.S. Magistrate Judge, Via Zoom for Government

| | |
|---|---|
| Civil Case No.: | 21-cv-0479-ECW |
| Date: | August 6, 2021 |
| Court Reporter: | Tim Willette |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:25 p.m. |
| Time in Court: | 25 minutes |

**APPEARANCES:**

For Plaintiffs:     Mary Hahn
For Defendant:   Jessica K. Allen

Based on the above, and on the files, records, and proceedings herein, for the reasons stated forth on the record at the hearing **IT WAS ORDERED** during the hearing that:

Cincinnati Insurance Company's Motion to Compel the Completion of the Examination Under Oath of Tara Bjerke (Dkt. 21) is **DENIED**.

Plaintiffs' Motion to Compel Responses to Discovery, for a Protective Order, to Modify Scheduling Order, and for Other Relief (Dkt. 28) is **DENIED** without prejudice.

**NO WRITTEN ORDER TO ISSUE**

                                                                             s/SK
                                                         Signature of Law Clerk